# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOULATH BAYTHAVONG,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>JESUS ROCHA, Acting Field Office Director, San Diego Field Office; CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center; KRISTI NOEM, Secretary of the Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; and PAMELA JO BONDI, Attorney General,<br><br>　　　　　　　　　　　　Respondents. | Case No.: 26cv1138 DMS MSB<br><br>**ORDER REQUIRING RESPONSE** |

On February 23, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **March 5, 2026**.  Petitioner shall file his reply on or before **March 9, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees,

attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated: February 27, 2026

Hon. Dana M. Sabraw
United States District Judge